1  RACHEL KREVANS (CA SBN 116421)
   RKrevans@mofo.com
2  JASON A. CROTTY (CA SBN 196036)
   JCrotty@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  MICHAEL W. VELLA (CA SBN 151796)
   MVella@mofo.com
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California 92130-2040
   Telephone: 858.720.5100
9  Facsimile: 858.720.5125

10 Attorneys for Defendants
   ECHOSTAR COMMUNICATIONS CORP.
11 and ECHOSTAR SATELLITE L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD A. KATZ TECHNOLOGY LICENSING, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ECHOSTAR COMMUNICATIONS CORP. and ECHOSTAR SATELLITE LLC, <br><br> Defendants. | Case No.   C 07 03151 MJJ <br><br> **STIPULATED DISMISSAL OF DEFENDANT ECHOSTAR COMMUNICATIONS CORP.** <br><br> **(FED. R. CIV. P. 41(A))** <br><br> Courtroom 11 <br> Hon. Martin J. Jenkins |

STIPULATION REGARDING ECC
C 07 03151 MJJ
sf-2371970

1    WHEREAS, on June 14, 2007, Ronald A. Katz Technology Licensing, L.P. ("KATZ")
2 filed a complaint for patent infringement naming, among others, EchoStar Communications
3 Corporation ("ECC");
4    WHEREAS KATZ is informed by counsel that EchoStar Satellite LLC ("ES") is an
5 operating company that runs call centers relating to the DISH Network and that ECC is a holding
6 company that has no involvement in the activities accused of infringement in the above captioned
7 action;
8    WHEREAS KATZ is agreeable to voluntarily dismissing its case against ECC under Fed.
9 R. Civ. P. 41(a) without prejudice, provided that: (1) information is not withheld by ES in
10 responses to KATZ's discovery requests on the basis that such information is in ECC's
11 possession, custody, or control; (2) witnesses that ECC employs are subject to deposition without
12 subpoena; (3) ECC does not hold assets that would be necessary to satisfy any judgment obtained
13 by KATZ against ES; and (4) ECC agrees that if the representations above are inaccurate the
14 filing date of the original complaint in this action will be the effective date for any claim of
15 infringement that might actually exist against ECC with respect to the patents identified in the
16 original complaint.
17    NOW, therefore, it is hereby stipulated by and between the parties hereto, through their
18 respective counsel of record, as follows:
19    1.    Upon entry of this stipulation, ECC is dismissed without prejudice.
20    2.    ECC and ES agree that any and all documents (as that term is defined in
21 production requests) in the possession, custody, or control of ECC will be deemed to be in the
22 possession, custody, or control of ES, and that ES will not withhold documents from production
23 on the ground that it does not have possession, custody, or control of documents in ECC's
24 possession, custody, or control.
25    3.    ECC and ES agree that in responding to interrogatories and requests for admission,
26 ES will not withhold information on the ground that such information is within ECC's
27 possession, custody, or control, and not in their possession custody, or control.
28

STIPULATION REGARDING ECC
C 07 03151 MJJ                                                                                      1
sf-2371970

1  4.  ECC and ES agree that KATZ may notice depositions of ECC or its employees without subpoena, subject to any appropriate objection or motion for protective order and further agree that counsel for ES will accept notice of any such deposition on behalf of ECC or its employees.

5.  ECC and ES agree that ES, any successor or its assign will satisfy any final judgment that may be entered against either of them after exhaustion of any appropriate appeals.

IT IS SO STIPULATED.

Dated: August 13, 2007                MORRISON & FOERSTER LLP

By:  /s/ Jason A. Crotty
     Jason A. Crotty

Attorneys for Defendants
ECHOSTAR COMMUNICATIONS CORP. and
ECHOSTAR SATELLITE LLC

Dated: August 13, 2007                COOLEY GODWARD KRONISH LLP

By:  /s/ Linda F. Callison
     Linda F. Callison (State Bar No. 167785)
     lcallison@cooley.com
     Five Palo Alto Square
     3000 El Camino Real
     Palo Alto, CA 94306-2155
     Telephone: (650) 843-5000
     Facsimile:  (650) 857-0663

Attorneys for Plaintiff
RONALD A. KATZ TECHNOLOGY LICENSING, L.P.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/17/2007

_____
United States District Judge

STIPULATION REGARDING ECC
C 07 03151 MJJ
sf-2371970

2

**ECF CERTIFICATION**

I, Elisabeth S. Traugott, am the ECF User whose identification and password are being used to file the STIPULATED DISMISSAL OF DEFENDANT ECHOSTAR COMMUNICATIONS CORP. In compliance with General Order No. 45, § X.B., I hereby attest that Jason A. Crotty and Linda F. Callison have concurred in this filing.

Dated: August 13, 2007                     /s/ Elisabeth S. Traugott
                                               Elisabeth S. Traugott

ECHOSTAR DEFENDANTS' ANSWER, AFFIRMATIVE DEFENSES
AND COUNTERCLAIMS C 07 03151 WDB                                          1
sf-2366648