JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 2 2007

FILED
CLERK'S OFFICE

# THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1816

### IN RE Katz Interactive Call Processing Patent Litigation

Ronald A. Katz Technology Licensing, L.P. v. Echostar Communications Corp., et al.,
N.D. California, C.A. No. 4:07-3151 ✓
Ronald A. Katz Technology Licensing, L.P. v. Dominion Resources, Inc., et al.,
E.D. Virginia, C.A. No. 2:07-263

## CONDITIONAL TRANSFER ORDER (CTO-3)

On March 20, 2007, the Panel transferred 25 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 481 F.Supp.2d 1353 (J.P.M.L. 2007). Since that time, one additional action has been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Robert Gary Klausner.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Klausner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of March 20, 2007, and, with the consent of that court, assigned to the Honorable Robert Gary Klausner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 8 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-3)
## MDL NO. 1816
## IN RE Katz Interactive Call Processing Patent Litigation

Janet L. Cullum
Cooley, Godward, Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Jonathan G. Graves
Cooley, Godward, Kronish, LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190

Stephen C. Neal
Cooley, Godward, Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155